petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Fisher v. Angelone*, No. CA–00–540–2 (E.D.Va. Nov. 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

PER CURIAM.

Mathew Archie appeals the district court's orders denying his motions for release of documents related to his criminal conviction. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Archie*, No. CR–98–1184 (D.S.C. Aug. 2, 2000; filed July 17, 2000; entered July 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mathew ARCHIE, a/k/a Matthew Archie, Defendant–Appellant.**

No. 00–7235.

United States Court of Appeals, Fourth Circuit.

Submitted March 23, 2001.

Decided March 30, 2001.

Mathew Archie, pro se. Harold Watson Gowdy, III, Office of the United States Attorney, Greenville, SC, for appellee.

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

**Cora HILL, Prophetess,**
**Plaintiff–Appellant,**

and

**World Deliverance Health Foundation, Incorporated; Tree of Life Ministries, Plaintiffs,**

v.

**AMERICAN MEDICAL ASSOCIATION; American Hospital Association; U.S. Department of Health & Human Services, Office of AIDS Research, Defendants–Appellees.**

No. 01–1024.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 30, 2001.